UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLICATION OF MEDICAL RESEARCH COUNSIL FOR AN ORDER PERMITTING ISSUANCE OF SUBPOENAS TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDING,<br><br>Petitioner. | Case No. 15-mc-80213-SK<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING** |

Now before the Court is the application for an order permitting the issuance of subpoenas to take discovery filed by Medical Research Council ("MRC"). Genentech, Inc. shall file an opposition to the application, if any, by no later than 10:00 a.m. on August 24, 2015. There shall be no reply filed. The Court HEREBY SETS a hearing on the application at 9:30 a.m. on August 26, 2015. MRC is hereby ORDERED to serve Genentech with a copy of this Order by no later than 3:00 p.m. on August 17, 2015 and shall file proof of such service at its completion.

**IT IS SO ORDERED.**

Dated: August 17, 2015

_____
SALLIE KIM
United States Magistrate Judge