Shane Brun (SBN 179079)
*sbrun@goodwinprocter.com*
Claire C. Jacobson (SBN 301017)
*cjacobson@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
24th Floor
San Francisco, California 94111
Tel.: 415-733-6000
Fax: 415-677-9041

Attorneys for Applicant, **Medical Research Council**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: APPLICATION OF MEDICAL RESEARCH COUNCIL FOR AN ORDER PERMITTING ISSUANCE OF SUBPOENAS TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDING | Case No. 3:15-mc-80213-SK<br>**DISCOVERY MATTER**<br><br>**AMENDED [PROPOSED] ORDER GRANTING APPLICATION FOR AN *EX PARTE* ORDER PURSUANT TO 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM GENENTECH FOR USE IN A FOREIGN PROCEEDING** |

Having considered Medical Research Council's ("MRC") Application for an *Ex Parte* Order Pursuant to 28 U.S.C. § 1782 to Take Discovery from Genentech, Inc. ("Genentech") for Use in a Foreign Proceeding, the application is hereby GRANTED.

MRC is hereby authorized to issue immediately to the Custodian of Records at Genentech a subpoena directing Genentech to produce documents identified in Schedule A hereto within fourteen (14) days following service of the subpoena. The documents shall be accompanied by a signed certification verifying the authenticity of the documents.

The Court HEREBY VACATES the hearing set for September 16, 2015. The Clerk shall close this action.

**IT IS SO ORDERED.**

Entered: September 10, 2015

By: *Sallie Kim*
Hon. Sallie Kim
United States Magistrate Judge

# SCHEDULE A
## Document Requests to Genentech

1. The March 1991 Agreement between Genentech, Inc. ("Genentech") and Celltech Limited ("Celltech").

2. An unredacted version of the March 2, 2001 Amended and Restated License Agreement between Genentech and Celltech.

3. The October 25, 1995 Agreement between Genentech and Hoffman-La Roche.

4. The 1999 Amended and Restated Agreement between Genentech and Hoffman-La Roche ("Roche").

5. All documents relating to the marketing and licensing agreement(s) of Lucentis between Genentech and Novartis Pharmaceuticals.

6. All documents relating to the marketing and licensing agreement(s) of Avastin between Genentech and Roche.