f

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLICATION OF MEDICAL RESEARCH COUNSIL FOR AN ORDER PERMITTING ISSUANCE OF SUBPOENAS TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDING,<br><br>Petitioner. | Case No.  15-mc-80213-HSG   (SK)<br><br>**ORDER REGARDING MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Regarding Docket No. 35 |

Now before the Court is the motion for leave to file a motion for reconsideration filed by Medical Research Council ("MRC"). MRC is seeking to have the Court reconsider its Order denying MRC's request to compel the production of documents by Genentech, Inc. The Court HEREBY ORDERS the parties to appear for a hearing to address this matter at 9:30 a.m. on Wednesday, March 2, 2016.

**IT IS SO ORDERED**.

Dated: February 19, 2016

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge