UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLICATION OF MEDICAL RESEARCH COUNCIL FOR AN ORDER PERMITTING ISSUANCE OF SUBPOENAS TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDING,<br><br>Petitioner. | Case No. 15-mc-80213-HSG  (SK)<br><br>**FURTHER ORDER REGARDING MOTION FOR RECONSIDERATION**<br><br>Regarding Docket No. 35 |

In the Order granting in part and denying in part the motion for reconsideration filed by Medical Research Council ("MRC"), the Court required Genentech, Inc. ("Genentech") to provide certain documents for *in camera* review. The Court directed Genentech to provide the Court for *in camera* review the unredacted sections of the agreement at issue that address production and supply, as well as a copy of the supply agreement between Genentech and Roche referenced in Genentech's opposition letter filed on December 16, 2015. After reviewing these documents *in camera*, the Court ORDERS that Genentech shall provide unredacted copies of the following portions of these documents:

(1) The following portions of the supply agreement between Genentech and Roche referenced in Genentech's opposition letter filed on December 16, 2015: the first full paragraph on page two; Art. V(5)(d) starting at "1" on page 23 through the end of (5)(d); and Art. VI(1)(a) starting at "all Clinical" and (1)(b) starting at "all Commercial";

(2) The following portions of the Umbrella Manufacturing Supply Agreement: the beginning phrase of the third paragraph on page one up until (i); the phrase after (iv) in the third paragraph on page one; paragraphs 1.39 and 1.42 on page 6; paragraph 3.1.6(b) on page 12; paragraph 3.8.1 on page 21; paragraphs 4.1, 4.2, and 4.2 on pages

1. 32 and 33; and paragraphs 7.1 and 7.2 on page 35;

(3) The following portions of the Short Term Supply Agreement: the beginning phrase of the third paragraph on page one up until (i); the phrase after (iii) in the third paragraph on page one; and the second paragraph of 4.1 and paragraphs 4.1.3, 4.1.4, and 4.1.5 on pages 5 and 6.

Genentech shall provide these documents to MRC by no later than March 14, 2016.

**IT IS SO ORDERED**.

Dated: March 7, 2015



_____
SALLIE KIM
United States Magistrate Judge