SHANE BRUN (SBN 179079)
*sbrun@goodwinprocter.com*
CLAIRE C. NEWLAND (SBN 301017)
*cnewland@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Telephone: 415.733.6000
Facsimile: 415.677.9041

Attorneys for Applicant
MEDICAL RESEARCH COUNCIL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: APPLICATION OF MEDICAL RESEARCH COUNCIL FOR AN ORDER PERMITTING ISSUANCE OF SUBPOENAS TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDING | Case No. 3:15-mc-80213-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF IN RE: APPLICATION OF MEDICAL RESEARCH COUNCIL FOR ORDER**<br><br>Department: 10 - 19th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Action Filed: August 7, 2015 |

1   WHEREAS in March 2016, Medical Research Council ("MRC") and Celltech, Inc., parties to litigation in the United Kingdom, entered into a settlement agreement, MRC and Genentech, Inc. ("Genentech") stipulate to dismiss the discovery dispute pending in the Northern District of California.

    THEREFORE, IT IS STIPULATED AND AGREED between the parties, through their respective counsel of record herein, that:

    1) MRC's  28 U.S.C. § 1782 application is dismissed with prejudice;

    2) The parties shall each bear their own costs, expenses, and attorneys' fees; and

    3) All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

    **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.


Dated:  April 1, 2015                               Respectfully submitted,

                                                    By: /s/ Claire C. Newland
                                                        Shane Brun
                                                        *sbrun@goodwinprocter.com*
                                                        Claire C. Newland
                                                        *cnewland@goodwinprocter.com*
                                                        **GOODWIN PROCTER LLP**
                                                        Three Embarcadero Center, 24th Floor
                                                        San Francisco, California 94111
                                                        Telephone:  415.733.6000
                                                        Facsimile:  415.677.9041

                                                    Attorneys for Applicant
                                                    MEDICAL RESEARCH COUNCIL

| | | |
|---|---|---|
| Dated: April 1, 2015 | By: | /s/ Aaron P. Maurer |
| | | Aaron P Maurer |
| | | *amaurer@wc.com* |
| | | Paul B. Gaffney |
| | | *pgaffney@wc.com* |
| | | **WILLIAMS & CONNOLLY LLP** |
| | | 725 Twelfth Street, N.W. |
| | | Washington, DC 20005 |
| | | Telephone:  202.434.5000 |
| | | Facsimile:  202.434.5029 |
| | | |
| | | Jeffrey E. Faucette |
| | | *jeff@skaggsfaucette.com* |
| | | **SKAGGS FAUCETTE LLP** |
| | | One Embarcadero Center, Suite 500 |
| | | San Francisco, California 94111 |
| | | Telephone:  415.315.1669 |
| | | Facsimile:  415.433.5994 |
| | | |
| | | Attorneys for GENENTECH, INC. |

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF IN RE APPLICATION OF
MEDICAL RESEARCH COUNCIL FOR ORDER
CASE NO. 3:15-MC-80213-HSG

2

**ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED** that Applicant Medical Research Council's ("MRC") 28 U.S.C. § 1782 application is dismissed **without** prejudice and that MRC and Genentech, Inc. shall each bear their own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

Dated: _____April 5_, 2016                    _____
                                                 Haywood S. Gilliam, Jr
                                                 United States District Judge

**LOCAL RULE 5-1(i)(3) ATTESTATION**

I, Claire C. Newland, am the ECF user whose ID and Password are being used to file this JOINT STPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF IN RE: APPLICATION OF MEDICAL RESEARCH COUNCIL FOR ORDER.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Aaron P. Maurer, counsel for Objector, Genentech, Inc., has concurred in its filing.

Dated:  April 1, 2016                               /s/ Claire C. Newland
                                                                  Claire C. Newland

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 1, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

/s/ Claire C. Newland
Claire C. Newland