1  SHANE BRUN (SBN 179079)
   *sbrun@goodwinprocter.com*
2  CLAIRE C. NEWLAND (SBN 301017)
   *cnewland@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   Three Embarcadero Center, 24th Floor
4  San Francisco, California 94111
   Telephone: 415.733.6000
5  Facsimile: 415.677.9041

6  Attorneys for Applicant
   MEDICAL RESEARCH COUNCIL
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

12 | IN RE: APPLICATION OF MEDICAL RESEARCH COUNCIL FOR AN ORDER PERMITTING ISSUANCE OF SUBPOENAS TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDING | Case No. 3:15-mc-80213-HSG <br><br> **AMENDED ORDER FOR DISMISSAL OF IN RE: APPLICATION OF MEDICAL RESEARCH COUNCIL FOR ORDER** <br><br> Department: 10 - 19th Floor <br> Judge: Hon. Haywood S. Gilliam, Jr. <br> Action Filed: August 7, 2015 |
   |---|---|

AMENDED [PROPOSED] ORDER FOR DISMISSAL OF IN RE APPLICATION OF MEDICAL RESEARCH
COUNCIL FOR ORDER
CASE NO. 3:15-MC-80213-HSG

**AMENDED ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED** that Applicant Medical Research Council's ("MRC") 28 U.S.C. § 1782 application is dismissed **with** prejudice and that MRC and Genentech, Inc. shall each bear their own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

Dated:  April 6, 2016

_____
Haywood S. Gilliam, Jr.
United States District Judge

AMENDED [PROPOSED] ORDER FOR DISMISSAL OF IN RE APPLICATION OF MEDICAL RESEARCH   1
COUNCIL FOR ORDER
CASE NO. 3:15-MC-80213-HSG

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 6, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

/s/ Claire C. Newland
Claire C. Newland